IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LAWRENCE  TACHIBANA, et al.,   )    CIV. NO. 07-00364 SPK-BMK
                                 )
         Plaintiffs,   )
                                 )
   vs.   )
                                 )
COLORADO MOUNTAIN   )
DEVELOPMENT, INC., dba LONE   )
OAK LAND DEVELOPMENT   )
COMPANY, L.P., et al.,   )
                                 )
        Defendants.   )
_____   )

## ORDER OVERRULING OBJECTION AND ADOPTING FINDING AND RECOMMENDATION

On October 2, 2007, U.S. Magistrate Judge Barry M. Kurren issued a

Finding and Recommendation to Deny Plaintiffs' Motion to Remand Action.

Plaintiffs have objected under LR 74.2 and 28 U.S.C. § 636(b)(1)(B).

Having fully reviewed the comprehensive filings in this matter, the Court

OVERRULES the objection and ADOPTS Judge Kurren's Finding and

Recommendation.  Applying a de novo standard of review, the Court is convinced

that Plaintiffs' Motion to Remand should be denied.  Taking into account all the

relevant factors regarding domicile as discussed in detail by Judge Kurren, and

considering the new subjective and objective evidence regarding Defendant

Hannah's intent when living in Kauai and Colorado, it has been clearly established that Hannah is (and was) a citizen of Colorado for purposes of establishing federal diversity jurisdiction.  The Court also denies Plaintiffs' request for jurisdictional discovery as the Court finds that such collateral proceedings would be futile, given the amount of evidence already in the record.  The action was properly removed from state court.

The objection to the October 2, 2007, Finding and Recommendation is OVERRULED.  The Finding and Recommendation is ADOPTED.  Plaintiffs' Motion to Remand is DENIED.

IT IS SO ORDERED.

DATED: November 21, 2007.



Samuel P. King
Senior United States District Judge