LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN      6154
EFFIE STEIGER        8833
Pauahi Tower, Suite 2005
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5900

Attorneys for Plaintiffs
LAWRENCE TACHIBANA, LISA TACHIBANA,
ALBERT LEONG, ROGER BRAUN, ROBERT R. BRAY,
JOHANNE BRAY, ALVA E. BLAKE, and
PUANANI BLAKE aka HELEN PUANANI BLAKE
and Counterclaim Defendants
LAWRENCE TACHIBANA and
LISA TACHIBANA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAWRENCE TACHIBANA, LISA TACHIBANA, ALBERT LEONG, ROGER BRAUN, MARK SCRIBNER, YVETTE C. SCRIBNER, ROBERT R. BRAY, JOHANNE BRAY, ALVA E. BLAKE, and PUANANI BLAKE aka HELEN PUANANI BLAKE,<br><br>            Plaintiffs,<br><br>vs.<br><br>COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC., WILLIAM HANNAH; BANK OF AMERICA, N.A., JERRY DUNN, in his Personal Capacity, | CIVIL NO. CV 07-00364 SPK BMK (Contract)<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT LAWRENCE TACHIBANA'S MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE**<br><br><br><br>Trial Date:   June 29, 2010<br>Judge:        The Honorable<br>                  Samuel P. King |

F:Villages/Pleading/MSJ (Lawrence Tachibana)

[CAPTION CONTINUED]

| | |
|---|---|
| COLORADO MOUNTAIN DEVELOPMENT, INC., LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., | ) ) ) ) ) |
| Counterclaimants, | ) ) |
| vs. | ) |
| LAWRENCE TACHIBANA, LISA TACHIBANA, | ) ) ) |
| Counterclaim Defendants, | ) ) |
| WILLIAM HANNAH, | ) |
| Counterclaimant, | ) ) |
| vs. | ) ) |
| LAWRENCE TACHIBANA, LISA TACHIBANA, | ) ) ) |
| Counterclaim Defendants, | ) ) |
| BANK OF AMERICA, N.A., | ) |
| Counterclaimant, | ) ) |
| vs. | ) ) |
| LAWRENCE TACHIBANA, LISA TACHIBANA, | ) ) ) |
| Counterclaim Defendants, | ) ) |
| BANK OF AMERICA, N.A., | ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC., WILLIAM HANNAH, JERRY DUNN, in his Personal Capacity, | ) ) ) ) ) ) ) ) |
| Cross-Claim Defendants, | ) ) |

[CAPTION CONTINUED]

1

```
C.M.D. MANAGEMENT, INC.,            )
                                    )
       Counterclaimants,             )
                                    )
vs.                                 )
                                    )
LAWRENCE TACHIBANA, LISA            )
TACHIBANA,                          )
                                    )
       Counterclaim Defendants,      )
_____)
3D RESORTS, INC.,                   )
                                    )
       Counterclaimants,             )
                                    )
vs.                                 )
                                    )
LAWRENCE TACHIBANA, LISA            )
TACHIBANA,                          )
                                    )
       Counterclaim Defendants,      )
                                    )
_____)
                                    )
JERRY DUNN,                         )
                                    )
       Cross-Claimant,               )
                                    )
vs.                                 )
                                    )
COLORADO MOUNTAIN                   )
DEVELOPMENT, INC. dba LONE OAK      )
LAND DEVELOPMENT COMPANY,           )
L.P., LONE OAK LAND MANAGEMENT,     )
LLC, C.M.D. MANAGEMENT, INC., 3D    )
RESORTS, INC., WILLIAM HANNAH,      )
BANK OF AMERICA, N.A.               )
                                    )
       Cross-Claim Defendants.       )
_____)
```

## PLAINTIFF/COUNTERCLAIM DEFENDANT
## LAWRENCE TACHIBANA'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs/Counterclaim Defendant LAWRENCE TACHIBANA ("Mr. TACHIBANA"), hereby moves this Honorable Court for partial summary judgment on the Counterclaims against him by Defendants Defendants/Counterclaimants/Cross-Claim Defendants COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC., WILLIAM HANNAH; and Defendants/Counterclaimants/Cross-claimants/Cross-Claim Defendants BANK OF AMERICA, N.A., JERRY DUNN, in his Personal Capacity (collectively, "Defendants").

DATED: Honolulu, Hawaii, January 27, 2010.

/s/ *Philip R. Brown*
PHILIP R. BROWN
EFFIE STEIGER

Attorneys for Plaintiffs

LAWRENCE TACHIBANA, LISA TACHIBANA, ALBERT LEONG, ROGER BRAUN, ROBERT R. BRAY, JOHANNE BRAY, ALVA E. BLAKE, and PUANANI BLAKE aka HELEN PUANANI BLAKE and Counterclaim Defendants LAWRENCE TACHIBANA and LISA TACHIBANA