LAW OFFICES OF PHILIP R. BROWN

PHILIP R. BROWN  6154
EFFIE STEIGER   8833
Pauahi Tower, Suite 2005
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5900

Attorneys for Plaintiffs
LAWRENCE TACHIBANA, LISA TACHIBANA,
ALBERT LEONG, ROGER BRAUN, ROBERT R. BRAY,
JOHANNE BRAY, ALVA E. BLAKE, and
PUANANI BLAKE aka HELEN PUANANI BLAKE
and Counterclaim Defendants
LAWRENCE TACHIBANA and
LISA TACHIBANA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAWRENCE TACHIBANA, LISA TACHIBANA, ALBERT LEONG, ROGER BRAUN, MARK SCRIBNER, YVETTE C. SCRIBNER, ROBERT R. BRAY, JOHANNE BRAY, ALVA E. BLAKE, and PUANANI BLAKE aka HELEN PUANANI BLAKE,<br><br>    Plaintiffs,<br><br>vs.<br><br>COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC.,WILLIAM HANNAH; BANK OF AMERICA, N.A., JERRY DUNN, in his Personal Capacity, | CIVIL NO. CV 07-00364 SPK BMK (Contract)<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT LISA TACHIBANA'S MOTION FOR PARTIAL SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE**<br><br><br>Trial Date: June 29, 2010<br>Judge:   The Honorable<br>      Samuel P. King |

F:Villages/Pleading/MSJ (Lisa Tachibana)

[CAPTION CONTINUED]

| | |
|---|---|
| COLORADO MOUNTAIN DEVELOPMENT, INC., LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., | ) ) ) ) ) |
| Counterclaimants, | ) ) |
| vs. | ) ) |
| LAWRENCE TACHIBANA, LISA TACHIBANA, | ) ) ) |
| Counterclaim Defendants, | ) ) |
| WILLIAM HANNAH, | ) |
| Counterclaimant, | ) ) |
| vs. | ) ) |
| LAWRENCE TACHIBANA, LISA TACHIBANA, | ) ) ) |
| Counterclaim Defendants, | ) ) |
| BANK OF AMERICA, N.A., | ) |
| Counterclaimant, | ) ) |
| vs. | ) ) |
| LAWRENCE TACHIBANA, LISA TACHIBANA, | ) ) ) |
| Counterclaim Defendants, | ) ) |
| BANK OF AMERICA, N.A., | ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC., WILLIAM HANNAH, JERRY DUNN, in his Personal Capacity, | ) ) ) ) ) ) ) ) |
| Cross-Claim Defendants, | ) ) |

[CAPTION CONTINUED]

| | |
|---|---|
| C.M.D. MANAGEMENT, INC., | ) |
| | ) |
| Counterclaimants, | ) |
| | ) |
| vs. | ) |
| | ) |
| LAWRENCE TACHIBANA, LISA TACHIBANA, | ) |
| | ) |
| Counterclaim Defendants, | ) |
| | ) |
| 3D RESORTS, INC., | ) |
| | ) |
| Counterclaimants, | ) |
| | ) |
| vs. | ) |
| | ) |
| LAWRENCE TACHIBANA, LISA TACHIBANA, | ) |
| | ) |
| Counterclaim Defendants, | ) |
| | ) |
| JERRY DUNN, | ) |
| | ) |
| Cross-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC., WILLIAM HANNAH, BANK OF AMERICA, N.A. | ) |
| | ) |
| Cross-Claim Defendants. | ) |

### PLAINTIFF/COUNTERCLAIM DEFENDANT
### LISA TACHIBANA'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff/Counterclaim Defendant LISA TACHIBANA ("Mrs. TACHIBANA"), hereby moves this Honorable Court for partial summary judgment on the Counterclaims against her by Defendants/Counterclaimants/Cross-Claim Defendants COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC.,WILLIAM HANNAH; and Defendants/Counterclaimants/Cross-claimants/Cross-Claim Defendants BANK OF AMERICA, N.A., JERRY DUNN, in his Personal Capacity (collectively, "Defendants").

DATED: Honolulu, Hawaii, January 27, 2010.

/s/ *Philip R. Brown*
PHILIP R. BROWN
EFFIE STEIGER

Attorneys for Plaintiffs
LAWRENCE TACHIBANA, LISA TACHIBANA, ALBERT LEONG, ROGER BRAUN, ROBERT R. BRAY, JOHANNE BRAY, ALVA E. BLAKE, and PUANANI BLAKE aka HELEN PUANANI BLAKE and Counterclaim Defendants LAWRENCE TACHIBANA and LISA TACHIBANA

1