Of Counsel:

BAYS DEAVER LUNG
  ROSE & HOLMA

CRYSTAL K. ROSE            3242-0
Attorney at Law
A Law Corporation
MICHAEL C. CARROLL         7583-0
Attorney at Law
A Law Corporation
DAVID R. MAJOR             9194-0
Alii Place, 16th Floor
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 523-9000
Email: crose@legalhawaii.com
Email: mcarroll@legalhawaii.com
Email: dmajor@legalhawaii.com

Attorneys for Defendants Jerry Dunn and
Colorado Mountain Development, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| LAWRENCE TACHIBANA, LISA TACHIBANA, ALBERT LEONG, ROGER BRAUN, MARK SCRIBNER, YVETTE C. SCRIBNER, ROBERT R. BRAY, JOHANNE BRAY, ALVA E. BLAKE, and PUANANI BLAKE aka HELEN PUANANI BLAKE,<br><br>    Plaintiffs,<br><br>vs. | ) CIVIL NO. CV 07-00364 MEA-BMK<br>) (Contract)<br>)<br>) DEFENDANTS JERRY DUNN AND<br>) COLORADO MOUNTAIN<br>) DEVELOPMENT, INC.'S MOTION<br>) FOR SUMMARY JUDGMENT;<br>) MEMORANDUM IN SUPPORT OF<br>)<br>) Trial: Pending<br>) Judge: Hon. Marvin E. Aspen<br>) *(caption continued on next page)* |

| | |
|---|---|
| COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P. LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC., WILLIAM HANNAH, BANK OF AMERICA, N.A., JERRY DUNN, in his Personal Capacity, DOE DEFENDANTS 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE GOVERNMENTAL AGENCIES 1-20; DOE AGENCIES 1-20; and OTHER ENTITIES 1-20,<br><br>Defendants, | ) MOTION; CERTIFICATE OF<br>) SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT JERRY DUNN AND COLORADO MOUNTAIN DEVELOPMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendants Jerry Dunn ("Dunn") and Colorado Mountain Development, Inc. ("CMD"), by and through their attorneys Bays Deaver Lung Rose & Holma, hereby move this Honorable Court for an order granting summary judgment in favor of Dunn and CMD on all claims asserted in the Plaintiffs' First Amended Complaint (Filed: January 13, 2009) against Dunn and CMD. More particularly, Dunn and CMD seek summary judgment with respect to Counts IV, V, VI, VII, VIII, IX, X, XI, XII, and XV of the First Amended Complaint.

This motion is made pursuant to Rules 7(b) and 56(b) of the Federal Rules of Civil Procedure, and is based upon the attached Memorandum in Support of Motion, declaration and exhibits, and the files and records of this Court, all of which are incorporated herein by this reference.

DATED:  Honolulu, Hawaii, May 18, 2010.

_____
CRYSTAL K. ROSE
MICHAEL C. CARROLL
DAVID R. MAJOR

Attorneys for Defendants
JERRY DUNN and COLORADO
MOUNTAIN DEVELOPMENT, INC.