**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | | |
|---|---|---|
| LAWRENCE TACHIBANA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-CV-00364 |
| | ) | Hon. Marvin E. Aspen |
| COLORADO MOUNTAIN | ) | |
| DEVELOPMENT, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

MARVIN E. ASPEN, District Court Judge:

Pursuant to the parties' joint request, as described in counsel's March 20, 2015 letter, I am striking the status conference previously scheduled for March 25, 2015.

The parties report that the Settlement Agreement has been fully executed. They shall file their stipulation of dismissal on or by April 30, 2015. It is so ordered.

Marvin E. Aspen
United States District Judge

Dated: March 24, 2015
Chicago, Illinois