**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

LAWRENCE TACHIBANA, et al.,

Plaintiffs,

v.

COLORADO MOUNTAIN
DEVELOPMENT, INC., et al.,

Defendants.

No. 07-CV-00364
Hon. Marvin E. Aspen

**ORDER**

MARVIN E. ASPEN, District Court Judge:

Based on Plaintiffs' counsel's April 29, 2015 letter, we understand that the parties were unable to file a fully-executed Stipulation of Dismissal by the previously-set deadline. At that time, counsel had obtained the necessary signatures, minus the original signature of Mr. William Hannah. Counsel forwarded copies of the signature pages signed by all parties, including a photograph of Mr. Hannah's signature on the Stipulation. Counsel indicated that the parties anticipated receipt of Mr. Hannah's original signed Stipulation in short order.

We order the parties to file the fully-executed Stipulation on or by July 20, 2015.

It is so ordered.

Marvin E. Aspen
United States District Judge

Dated: May 19, 2015
Chicago, Illinois