RECEIVED
SEP 30 2015
HAWAII

LAW OFFICES OF PHILIP R. BROWN

PHILLIP R. BROWN 6154
EFFIE A. STEIGER 8833
JUSTIN M. CHU 9230
Pauahi Tower, Suite 2005
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 523-5900

Attorneys for Plaintiffs
LAWRENCE TACHIBANA, LISA TACHIBANA,
ALBERT LEONG, ROGER BRAUN, ROBERT R. BRAY,
JOHANNE BRAY, and Counterclaim Defendants
LAWRENCE TACHIBANA and LISA TACHIBANA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAll

| | |
|---|---|
| LAWRENCE TACHIBANA, LISA TACHIBANA, ALBERT LEONG, ROGER BRAUN, ROBERT R. BRAY, JOHANNE BRAY, ALVA E. BLAKE, and PUANANI BLAKE aka HELEN PUANANI BLAKE,<br><br>Plaintiffs,<br><br>vs.<br><br>COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC.,WILLIAM HANNAH; BANK OF AMERICA, N.A., JERRY DUNN, in his Personal Capacity, | CIVIL NO. CV 07-00364 MEA (Contract)<br><br>**STIPULATION FOR DISMISSAL OF ALL REMAINING CLAIMS AND PARTIES; ORDER**<br><br>Judge: The Honorable Marvin E. Aspen |

F:Villages/Pleading/Final Dismiss Stip

[CAPTION CONTINUED]

COLORADO MOUNTAIN DEVELOPMENT, INC., LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC.,

Counterclaimants,

vs.

LAWRENCE TACHIBANA, LISA TACHIBANA,

Counterclaim Defendants,

WILLIAM HANNAH,

Counterclaimant,

vs.

LAWRENCE TACHIBANA, LISA TACHIBANA,

Counterclaim Defendants,

BANK OF AMERICA, N.A.,

Counterclaimant,

vs.

LAWRENCE TACHIBANA, LISA TACHIBANA,

Counterclaim Defendants,

BANK OF AMERICA, N.A.,

Cross-Claimant,

vs.

COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC., WILLIAM HANNAH, JERRY DUNN, in his Personal Capacity,

Cross-Claim Defendants,

[CAPTION CONTINUED]

| | |
|---|---|
| C.M.D. MANAGEMENT, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>LAWRENCE TACHIBANA, LISA TACHIBANA,<br><br>Counterclaim Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| 3D RESORTS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>LAWRENCE TACHIBANA, LISA TACHIBANA,<br><br>Counterclaim Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| JERRY DUNN,<br><br>Cross-Claimant,<br><br>vs.<br><br>COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., LONE OAK LAND MANAGEMENT, LLC, C.M.D. MANAGEMENT, INC., 3D RESORTS, INC., WILLIAM HANNAH, BANK OF AMERICA, N.A.<br><br>Cross-Claim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR DISMISSAL OF
ALL REMAINING CLAIMS AND PARTIES; ORDER**

IT IS HEREBY STIPULATED by and between Plaintiffs LAWRENCE TACHIBANA, LISA TACHIBANA, ALBERT LEONG, ROGER BRAUN, ROBERT R. BRAY, and JOHANNE BRAY, and Counterclaim Defendants LAWRENCE TACHIBANA and LISA TACHIBANA (collectively "Plaintiffs"), and Defendant/Cross-Claim Defendant/Cross-Claimant JERRY DUNN, in his Personal Capacity, Defendant/Cross-Claim Defendant COLORADO MOUNTAIN DEVELOPMENT, INC. dba LONE OAK LAND DEVELOPMENT COMPANY, L.P., Defendants 3D RESORTS, INC. and C.M.D. MANAGEMENT, INC. and Defendants/Counterclaimants/Cross-Claim-Defendants LONE OAK LAND DEVELOPMENT COMPANY, L.P. and LONE OAK LAND MANAGEMENT, LLC, and Pro-Se Defendant/Counterclaimant/Cross Defendant WILLIAM HANNAH ("Mr. HANNAH") (collectively "Defendants"), by and through their respective counsel and Mr. HANNAH, Pro-Se, that all remaining claims by all remaining parties herein be dismissed with prejudice, each remaining party to bear their own costs and attorney's fees.

There are no remaining parties and/or issues.

All other claims and parties are or have been dismissed.

The trial date in this matter has been vacated.

This Stipulation is signed by or on behalf of all remaining appearing parties hereunder described. No Doe Defendants were identified or represented in this case.

This Stipulation may be signed in counterparts with the same effect as if all parties had signed the same document.

DATED: Honolulu, Hawaii,

PHILIP R. BROWN
EFFIE STEIGER
JUSTIN M. CHU

Attorneys for Plaintiffs
LAWRENCE TACHIBANA, LISA TACHIBANA,
ALBERT LEONG, ROGER BRAUN, ROBERT R. BRAY,
JOHANNE BRAY, and Counterclaim Defendants
LAWRENCE TACHIBANA and LISA TACHIBANA

DATED: Honolulu, Hawaii,

CRYSTAL K. ROSE
MICHAEL C. CARROLL
DAVID R. MAJOR

Attorneys for Defendant/Cross-Claim
Defendant/Cross-Claimant JERRY DUNN, in his Personal Capacity
and Defendant/Counterclaimant/Cross-Claim Defendant/ COLORA.DO
MOUNTAIN DEVELOPMENT, INC.dba LONE OAK LAND DEVELOPMENT
COMPANY, L.P.

DATED: Honolulu, Hawaii,

PATRICK K. SHEA

Attorney for Defendants
3D RESORTS, INC. and C.M.D. MANAGEMENT, INC.
and Defendants/Counterclairnants/Cross-Clairn Defendants
LONE OAK LAND DEVELOPMENT COMPANY, L.P. and
LONE OAK LAND MANAGEMENT, LLC

DATED: Fort Shields, Colorado,

WILLIAM HANNAH

Pro Se Defendant/Counterclaimant/
Cross-Claim Defendant

DATED: October 9, 2015

APPROVED AND SO ORDERED:

Marvin E. Aspen

JUDGE OF THE ABOVE-ENTITLED COURT

DATED: Honolulu, Hawaii,

PATRICK K. SHEA

Attorney for Defendants
3D RESORTS, INC. and C.M.D. MANAGEMENT, INC.
and Defendants/Counterclaimants/Cross-Claim Defendants
LONE OAK LAND DEVELOPMENT COMPANY, L.P. and
LONE OAK LAND MANAGEMENT, LLC

DATED: Fort Shields, Colorado,

WILLIAM HANNAH

Pro Se Defendant/Counterclaimant/ Cross-Claim Defendant

DATED: October 9, 2015

APPROVED AND SO ORDERED:

JUDGE OF THE ABOVE-ENTITLED COURT